IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSHUA LEE LEMMON                                               PLAINTIFF
ADC #185275

v.                       No: 3:24-cv-237-DPM

SHEILA ROBERTSON, Jail
Administrator, Greene County;
and JACOB WHITE, Jail
Supervisor, Greene County                                       DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Lemmon hasn't updated his address; and his mail is still being returned undelivered. *Doc. 7 & 8*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 October 2025