IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOSHUA LEE LEMMON**  PLAINTIFF
ADC #185275

v.  No: 3:24-cv-237-DPM

**SHEILA ROBERTSON**, Jail
Administrator, Greene County;
and **JACOB WHITE**, Jail
Supervisor, Greene County  DEFENDANTS

## JUDGMENT

Lemmon's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 October 2025